# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TIMOTHY JOHNSON, | : | No. 123 EM 2017 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA PROBATION AND PAROLE, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.